FILED
FEB 1 3 2020
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff**, vs. TODD ALLEN IRWIN, **Defendant**. | CR 19-47-BLG-SPW ORDER |

Pending before the Court is the United States' Motion to Dismiss With Prejudice the Forfeiture Allegation (Doc. 35) contained in the indictment. For good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 12th day February, 2020.

SUSAN P. WATTERS
United States District Court Judge

1